**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | |
|---|---|
| DELROY T. BOOTH,<br><br>    Plaintiff,<br><br>    v.<br><br>TREVONZA BOBBITT, in his individual and official capacities,<br><br>    Defendant. | CIVIL ACTION NO.: 6:19-cv-69 |

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 14).  No party to this action filed Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **DISMISSES** Plaintiff's official capacity claim for monetary damages against Defendant.  Plaintiff's retaliatory transfer claim against Defendant in his individual capacity remains pending.  (Doc. 16.)

**SO ORDERED**, this 27th day of August, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA