IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DELROY T. BOOTH,

    Plaintiff,

v.

TREVONZA BOBBITT,

    Defendant.

CIVIL ACTION NO.: 6:19-cv-69

**O R D E R**

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. (Doc. 22.) Plaintiff did not file Objections. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendant's Motion for Summary Judgment, construed as a Motion to Dismiss, **DISMISSES** Plaintiff's claims for failure to exhaust available administrative remedies, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 24th day of November, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA